# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2692
Lower Tribunal No. 2024-CF-000031

_____

JIMMY LEE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Hardee County.
Brandon J. Rafool, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and PRATT, JJ., concur.


Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED